IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MELANIE SCARCELLA**                                                                                   **PLAINTIFF**

v.                                      Case No.  4:15-cv-00422 KGB

**HOT SPRINGS VILLAGE PROPERTY**
**OWNERS' ASSOCIATION, LAYNE**
**WAGONER, and RICKY MIDDLETON**                                             **DEFENDANT**

## ORDER

Before the Court is plaintiff Melanie Scarcella's motion to dismiss (Dkt. No. 12). Ms. Scarcella moves for an Order dismissing this case with prejudice, with each party to bear its own fees and costs. Ms. Scarcella represents that defendants do not object to the motion to dismiss. Based on the motion, the Court dismisses with prejudice this action. The Court denies as moot the pending motion for extension of time (Dkt. No. 13).

So ordered this 10th day of June, 2016.

_____
Kristine G. Baker
United States District Judge